**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BLOOM STUDENT HOUSING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RUST-OLEUM CORPORATION,<br><br>Defendant. | No. 4:24-CV-01460<br><br>(Chief Judge Brann) |
| B.U. LUXURY HOUSING, LLC. d/b/a LA MALBEC,<br><br>Plaintiff,<br><br>v.<br><br>RUST-OLEUM CORPORATION,<br><br>Defendant. | No. 4:25-CV-00567<br><br>(Chief Judge Brann) |

**ORDER**

**SEPTEMBER 11, 2026**

Following a hearing with counsel of record on September 9, 2026, and a subsequent in-camera review of the relevant documents **IT IS HEREBY ORDERED** that:

1. By October 9, 2026, the parties must file a joint letter on the docket updating the Court on the status of Plaintiffs adding new counsel for the purpose of their status as third-party defendants. This letter should also provide updates on the parties' stance on whether the discovery

and dispositive motions deadlines in the Court's July 15, 2026 Order need to be amended.

2. Plaintiff's Motion to Compel (Doc. 49) is **GRANTED**;

3. Defendant Rust-Oleum Corporation shall produce un-redacted versions of the documents referenced within Plaintiff's Memorandum in Support of its Motion to Compel (Doc. 50). These documents include:

    a. Bates Numbers 13-14,

    b. Bates Number 16,

    c. Bates Numbers 22-30,

    d. Bates Numbers 37-41,

    e. Bates Numbers 121-128, and

    f. Bates Number 165.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge